| LAW OFFICE OF J. MITCHELL JOYNER<br>Attorney for Debtor<br>810 West 2nd Avenue<br>Anchorage, AK 99501<br>Telephone: (907) 274-5646<br>Fax: (907) 272-4851 | AK LBF 37A<br>[12/18] |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ALASKA**

| In re:<br><br>Dion and Freida<br>Lampkin-Wynne<br><br>Debtor(s). | Case No. 19-00074<br>Chapter 13<br><br>DECLARATION RE: ELECTRONIC FILING<br>[INDIVIDUALS] |
|---|---|

FILED
MAR 21 2019
CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

**PART I - DECLARATION OF DEBTOR(S)**

I [We] Freida Lampkin-Wynne and _____ ,the undersigned debtor(s), *hereby declare under penalty of perjury* that the information given or to be given my [our] attorney and the information provided in the following electronically-filed documents and any amendments thereto, is or will be true and correct: petition; statements; schedules; Verification of Creditor Matrix (AK LBF 40); Official Form 423; Official Form 2830; any notice of address change; any report required under Federal Rule of Bankruptcy Procedure 1019(5); chapter 11, 12 or 13 plan (if this is a case under such chapter); and any chapter 11 disclosure statement (hereinafter referred to as the "Documents"). I [We] consent to my [our] attorney sending my [our] Documents to the United States Bankruptcy Court electronically. I [We] understand that this Declaration re: Electronic Filing is to be filed with the Clerk of Court not later than 14 days following the date the petition is electronically filed. I [We] understand that failure to file the signed original of this Declaration with the Bankruptcy Court will result in the dismissal of my [our] case after a hearing on shortened time of no less than seven days' notice.

If debtor is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7: I am [We are] aware that I [we] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I [We] request relief in accordance with the chapter specified in my [our] related petition.

Dated: 3/19/19

Signed: _____    _____
        (Debtor)                       (Joint Debtor)

**PART II - DECLARATION OF ATTORNEY**

I *declare under penalty of perjury* that the debtor(s) signed this form before I electronically submitted the Documents (as that term is defined above). *Before filing,* I will give the debtor(s) a copy of all documents to be filed with the United States Bankruptcy Court, and have followed all other requirements of electronic filing promulgated by PACER.
I further declare that I have examined or will examine the debtor(s)' Documents and any amendments thereto, and, to the best of my knowledge and belief, they are or will be true, correct, and complete. I further declare that I have informed the debtor(s) that [he or she or they] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

Dated: 3/20/19    _____
                    Attorney for Debtor(s)